IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES GARNER | : | NO. 15-88 |

ORDER

AND NOW, this 2nd day of March, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant James Garner for compassionate release under 18 U.S.C. § 3582(c) and early release into home confinement under Section 12003(b) of the Coronavirus Aid, Relief, and Economic Security Act is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.